UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRES HENRY MORALES-
FRANCISCO, A-216-169-966,

          Petitioner,

    v.

WARDEN, CALIFORNIA CITY
DETENTION FACILITY,

          Respondents.

No.  1:26-cv-4784-DC-CKD P

ORDER

Petitioner seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 2243, respondents shall file a response to the petition within three (3) days.

Good cause appearing, IT IS ORDERED as follows:

1.  Respondents are directed to file a response to the first amended petition within three (3) days and shall include with the response any and all transcripts or other documents relevant to the determination of the issues presented in the habeas application.

2.  Petitioner may file a reply within three (3) days after respondent's response is filed.

Dated:  June 24, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 mora4784.res

1