UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES HENRY MORALES-FRANCISCO, A-216-169-966,<br>Petitioner,<br>v.<br>CHRISTPHER CHESTNUT, et al.,<br>Respondents. | No. 1:26-cv-04784-DC-CKD (HC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br><br>(ECF No. 7) |

Petitioner filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 9, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. ECF No. 7. No party has filed objections.

The court presumes that any findings of fact are correct. <u>See</u> <u>Orand v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. <u>See</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983). The court has reviewed the file and finds the findings and recommendations to be supported by the record and

by the magistrate judge's analysis.

Accordingly, IT IS ORDERED as follows:

1. The findings and recommendations (ECF No. 7) are ADOPTED;

2. Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2241 (ECF No. 1) is DENIED without prejudice; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 30, 2026**

Dena Coggins
United States District Judge